IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THE ESTATE OF CALVIN COOLIDGE
LARD, BY AND THROUGH EMILY
LARD, ADMINISTRATOR,

      Appellant,

v.

Case No.  5D21-505
LT Case No. 2020-CA-004783-O

CAPITAL FUNDING GROUP, INC., JOHN
DWYER, TIMOTHY F. NICHOLSON, CHP
JONESBORO HEALTHCARE OWNER, LLC.,
CNL HEALTHCARE PROPERTIES, INC,
JOSEPH SCHWARTZ, ROSIE SCHWARTZ
AND ALAN J. ZUCCARI,

      Appellees.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Orange County,
Thomas W. Turner, Senior Judge.

Lisa M. Tanaka, of Wilkes & Associates,
P.A., Tampa, for Appellant.

Kenneth Johnson, of Kenneth N. Johnson,
P.L., Palm Beach Garden, for Appellees.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.